■ VINBILL CORP., Appellant, v. EDWARD T. MORRISON, Defendant, and MOLLY HOMES, INC., Respondent. VINBILL CORP., Appellant, v. EDWARD T. MORRISON, Defendant, and SYLVAN WOODS, INC., Respondent.— In two actions to recover the balance allegedly due for goods sold and delivered, brought separately by the same plaintiff against each of two corporations having a common principal officer and stockholder, the plaintiff appeals from an order of the County Court, Suffolk County, dated June 14, 1962, which denied its motion to consolidate such actions for joint trial. Order reversed, with $10 costs and disbursements, and motion for consolidation granted. In our opinion, it was an improvident exercise of discretion to deny consolidation of these actions for trial. So far as appears from the record, both actions involve related transactions; the issues and the witnesses will be the same in both; and we see no material prejudice to the defendants resulting from consolidation. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ ANNETTE WEISS, Respondent, v. VIOLA LYNN, Individually and as Executrix of SAM LYNN, Deceased, Appellant.— In an action on two promissory notes, the defendant appeals from a judgment of the Supreme Court, Kings County, entered May 23, 1962 after trial, upon a jury's verdict in plaintiff's favor for a total of $15,000 plus interest. Judgment reversed on the law, and on the facts, and a new trial ordered, with costs to the defendant to abide the event. In our opinion, the verdict is against the weight of the credible evidence. Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.